IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 8:13CR342 |
| vs. | ) ) ) | ORDER |
| DEWAYNE K. LONG, | ) ) | |
| Defendant. | ) | |

This matter is before the court on the motion for extension of pretrial motion deadline by defendant Dewayne K. Long [15]. Defendant seeks an additional sixty days in which to file pretrial motions in accordance with the progression order. Defendant's counsel represents that government's counsel has no objection to the motion and a waiver of speedy trial has been forwarded to the defendant. Upon consideration, the motion will be granted in part.

**IT IS ORDERED:**

Defendant Dewayne K. Long's Motion for Extension of Pretrial Motion Deadline [15] is granted in part. Defendant is given until **on or before January 30, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between today's date and January 30, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 31st day of December, 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge