IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>DEWAYNE K. LONG, )<br>  )<br>Defendant. ) | 8:13CR342<br><br>ORDER |

This matter is before the court on the motion to continue by the government and the defendant Dewayne K. Long (Long) (Filing Nos. 26 and 27). Both seek a continuance of the trial scheduled for October 6, 2014. Upon consideration, the motions will be granted.

**IT IS ORDERED:**

1. The motions to continue trial (Filing Nos. 26 and 27) are granted.

2. Trial of this matter is re-scheduled for **December 8, 2014**, before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **September 10, 2014, and December 8, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 10th day of September, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge