IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DEWAYNE K. LONG<br><br>                  Defendant. | Case Number: 8:13CR342<br><br>ORDER |

    This matter came before the court on plaintiff's oral Motion to Dismiss the Indictment. During the sentencing hearing in case 8:13CR347 held January 9, 2015, the government moved to dismiss the Indictment in this case, case no. 8:13CR342. See Filing No. 82 in 8:13CR347.  Russell Mayer appeared for the government; Clarence E. Mock appeared for the defendant.

 For good cause shown,

    IT IS ORDERED that the government's oral Motion to Dismiss the Indictment is granted.  The Indictment in case no. 8:13CR342 is dismissed as to defendant Dewayne K. Long only.

    DATED this 12th day of January, 2015.

                                            BY THE COURT:

                                            s/Joseph F. Bataillon<br>
                                            Senior United States District Judge